| Neff Invoices | | | | | |
|---|---|---|---|---|---|
| Date Pay Recd | Amount | Invoice Date | Invoice Amt. | Apply Funds to AR | Balance Due | Notes |
| 6/20/2013 | $7,500.00 | 6/30/2013 | $1,421.00 | $1,421.00 | $0.00 | |
| 10/4/2013 | $2,000.00 | 7/31/2013 | $1,814.50 | $1,814.50 | $0.00 | |
| 10/11/2013 | $2,500.00 | 8/31/2013 | $2,821.00 | $2,821.00 | $0.00 | |
| 10/22/2013 | $3,000.00 | 9/30/2013 | $4,302.50 | $1,443.50 | $2,859.00 | write off balance |
| 11/8/2013 | $1,500.00 | 10/31/2013 | $7,797.50 | $10,656.50 | $0.00 | |
| Total | $16,500.00 | 11/18/2013 | $10,638.00 | $0.00 | $10,638.00 | Nov. invoice is partial month |